UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO: 1:18-cr-00198-2 (JEB) |
| | * |
| GABRIEL BROWN, | * |
| Defendant | * |

********

## EMERGENCY MOTION FOR A DAUBERT HEARING

Gabriel Brown, by his undersigned counsel, respectfully moves this Honorable Court for an emergency *Daubert* hearing concerning the government's proposed DNA evidence and to compel the discovery pertinent to particular DNA evidence.[1] The basis of this emergency motion is the receipt of new information – a 2022 lab report from Signature Science that once again relies on a Verbal Equivalency Table.

### A.   Report of Examination (2018) - Item MV1-15C2[2]

In 2018, Signature Science relied on a verbal equivalency table to report that:

> The statistical analysis indicates that these DNA results provide **no scientific support** for either the inclusion or exclusion of Gabriel Brown as a possible contributor.

Report of Examination, 11/26/18 at 17 (emphasis added).

---

[1] The issue was first raised in Mr. Brown's Response to the Government's Notice of Intent to Introduce Evidence Pursuant To Federal Rule of Evidence 1006 (ECF 271); the Government's Reply (ECF 275); Mr. Brown's Reply (ECF 276) and Supplement (ECF 277); and the Government's Surreply (ECF 279).

[2] Item MV1-15C2 is described as a Scraping from the inside of the black glove. MV1 refers to the Maxima, which the government alleges was used to kidnap Mr. Simmons. Gov' Reply, ECF 275-2 at 70.

The next to last page of this report contained a verbal equivalency table:

| Likelihood Ratio Verbal Equivalent Scale[3] | | | | | |
|---|---|---|---|---|---|
| 1,000,000 | < | LR | | | extremely strong evidence in support |
| 10,000 | < | LR | ≤ | 1,000,000 | very strong evidence in support |
| 1,000 | < | LR | ≤ | 10,000 | strong evidence in support |
| 465 | < | LR | ≤ | 1,000 | moderately strong evidence in support |
| 1 | ≤ | LR | ≤ | 465 | inconclusive |

Table 1 Partially Adapted from Essential Mathematics and Statistics for Forensic Science by Craig Adam (2010); pg 289

| Likelihood Ratio Verbal Equivalent Scale[3] | | | | | |
|---|---|---|---|---|---|
| 1,000,000 | < | 1/LR | | | extremely strong evidence in support |
| 10,000 | < | 1/LR | ≤ | 1,000,000 | very strong evidence in support |
| 1,000 | < | 1/LR | ≤ | 10,000 | strong evidence in support |
| 100 | < | 1/LR | ≤ | 1,000 | moderately strong evidence in support |
| 10 | < | 1/LR | ≤ | 100 | moderate evidence in support |
| 1 | < | 1/LR | ≤ | 10 | limited support |

Table 2 Partially Adapted from Essential Mathematics and Statistics for Forensic Science by Craig Adam (2010); pg 289

Report, 11/26/18 at 24.

### B. Amended Report of Examination (2019)

In 2019, Signature Science produced an "Amended Report of Examination." With respect to the same item MV1-15C12, it states:

> Obtaining this mixture profile is approximately 1.62 times more likely if the DNA originated from Gabriel Brown and three unknown, unrelated individuals than if the DNA originated from four unknown, unrelated individuals.

Amended Report, 2/11/2019 at 8.[3] No additional DNA material was tested and no different test was

---

[3] The first page of the Amended Report states

> This Amended Report of Examination is being issued to update the STR Results and conclusions section of this report to the most current interpretation guidelines set forth by this laboratory. This amended report supersedes the Report of Examination dated November 26, 2018.

performed in connection with the Amended Report.

### C. 2022 Report of Examination

In 2022, Signature Science issued a Lab Report in an unrelated case pending in this district in which it once again included a verbal equivalency table to report its findings:

**Appendix A**
**Table 1. Scale of Verbal Qualifier for Reporting Likelihood Ratios (LR)**

| LR for H1 support and 1/LR for H2 support | Verbal Qualifier |
|---|---|
| 1 | Uninformative |
| 2-99 | Limited Support |
| 100-9,999 | Moderate Support |
| 10,000-999,999 | Strong Support |
| ≥1,000,000 | Very Strong Support |

Signature Science Lab Report, dated 3/2/22 attached as Ex. 1.[4]

Were this verbal equivalency table to be applied to the DNA results for Item MV1-15C2 involving Mr. Brown, the results would be reported as "uninformative." Notably, the government has not produced an Amended Lab Report in Mr. Brown's case on the basis of Signature Science's return to using a verbal equivalency table.

### D. Additional Discovery Requested

Mr. Brown has requested several specific items of discovery with respect to Signature Science's use of a verbal equivalency table as well as with respect to other assertions made by the government in its filings on this issue. The government has not provided all the items requested,

---

[4] This Lab Report was provided in discovery in a case, where the defendant is represented by the Office of the Federal Defenders, Case No. 22-CR-00120 (DLF).

which Mr. Brown believes the government is required to produce pursuant to its discovery obligations under the Constitution, federal laws, and the Federal Rules of Criminal procedure and the Local Rules. A separate motion to compel will be filed.

## CONCLUSION

Such shifting reporting standards are not consistent with any valid scientific methodology. Accordingly, Mr. Brown respectfully requests that the Court hold an emergency hearing on this matter before the trial in this case.

Respectfully submitted,

/s/
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 15th day of September, 2022.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**